the Court of Appeal, Fourth Circuit, Parish of Orleans. 225 So.2d 225.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

227 So.2d 591

**Joycelyn P. ARNOLD**

v.

**Jan T. PATTERSON et al.**

**No. 50093.**

Nov. 10, 1969.

In re: Jan T. Patterson and Traders & General Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 224 So.2d 820.

**846**

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.